UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sylvan Pinque,

Petitioner,

vs.

ORDER
Cr. No. 99-33(MJD/JGL)
Civ. No. 01-274(MJD)

United States of America,

Respondent.

---

This matter is before the Court upon Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Having reviewed the submissions of the parties, the Court finds that an evidentiary hearing is warranted.

IT IS HEREBY ORDERED that:

1. The evidentiary hearing is set for December 12, 2001 at 9:00 a.m.

2. The Court, finding that Petitioner is in need of counsel, and is financially unable to employ counsel, hereby appoints the Federal Public Defender to represent him for the evidentiary hearing.

Date:
August 24, 2001

Michael J. Davis
United States District Court

AUG 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK