UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Cr. File No. 99-33 (MJD/JGL)
Civ. File No. 01-274 (MJD)

Plaintiff,

v.

**ORDER**

Sylvan Pinque,

Defendant.

---

This matter is before the Court on Defendant Sylvan Pinque's Application for Certificate of Appealability (Clerk Doc. No. 96). Defendant has raised issues that "are debatable among reasonable jurists, a court could resolve...differently, or...deserve further proceedings." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994). Accordingly, **IT IS HEREBY ORDERED** that:

Defendant's Application for Certificate of Appealability (Clerk Doc. No. 96) is **GRANTED**.

Dated: 3-18-02

Michael J. Davis
United States District Court Judge

FILED
RICHARD D.
JUDGMENT
DEPUTY CLERK